✎JS-44  (Rev 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
North Pointe Casualty Insurance Company

## DEFENDANTS
ARTHUR L. ERB MASONRY, INC., a Florida Profit Corporation; EL-AD RESIDENCES AT MIRAMAR CONDOMINIUM ASSOCIATION, INC., a Florida nonprofit corporation; EL-AD RESIDENCES AT MIRAMAR LLC, a Delaware limited liability company; CURRENT BUILDERS OF FLA., INC., a dissolved corporation; THE RELATED GROUP OF FLORIDA, a Florida general partnership, a/k/a and d/b/a THE RELATED GROUP a/k/a and d/b/a THE RELATED GROUP OF FLORIDA, a/k/a and d/b/a FORTUNE CONSTRUCTION; JMP CONTRACTORS, INC., d/b/a FORTUNE CONSTRUCTION COMPANY; RELATED GENERAL OF FLORIDA, LLC d/b/a FORTUNE CONSTRUCTION COMPANY; RELATED NY HOLDINGS LLC, d/b/a FORTUNE CONSTRUCTION COMPANY; TRG HIATUS ROAD, LTD., a Florida limited partnership; and TRG HIATUS ROAD, INC., a Florida Profit Corporation; JMP CONTRACTORS, INC., a Florida Profit Corporation; ATLANTIC ESCAYOLA STONE, INC., a Florida Profit Corporation; EXCLUSIVE MILL WORK, INC., a Florida Profit Corporation; PROFESSIONAL PLASTERING & DRYWALL, INC., a Florida Profit Corporation; SUNSHINE WINDOWS MANUFACTURING, INC., a Florida Profit Corporation; C&C CONCRETE PUMPING, INC., a Florida Profit Corporation; PROFESSIONAL PLASTERING & STUCCO, INC., a Florida Profit Corporation; ROGER FRY & ASSOCIATES ARCHITECTS, P.A., a Florida Profit Corporation; ROGER FRY, Individually; BEST CONCRETE, INC. a Florida Profit Corporation; and BEST CONCRETE PLACING & FINISHING, INC., a Florida Profit Corporation.

**(b)** County of Residence of First Listed Plaintiff: Southfield, Michigan

County of Residence of First Listed Defendant: Nassau County, Florida

**(c)** Attorneys (Firm Name, Address, and Telephone Number)
Marshall, Dennehey, Warner, Coleman & Goggin
100 NE 3rd Avenue, 11th Floor, Ft. Lauderdale, FL  33301
954-847-4920  (Michael A. Packer, Esq.)

Attorneys (If Known)

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

☐ 1. U.S. Government Plaintiff
☐ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☒ 4. Diversity (Indicates Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place An "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen of Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE / PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 640 R.R & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits. | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 660 Occupational Safety/Health | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholder's Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Franchise | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| | | | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS – Third Party | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access |

| | | | | | |
|---|---|---|---|---|---|
| ☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 443 Housing / Accommodations<br>☐ 444 Welfare<br>☐ 445 Amer.. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 440 Other Civil Rights | **Habeas Corpus**:<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | ☐ 426 Naturalization Application<br>☐ 463 Habeas Corpus – Alien Detainee<br>☐ 465 Other Immigration Actions | 26 USC 7609 | to Justice<br>☐ 950 Constitutionality of State Statutes |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
(Do not cite jurisdictional statutes unless diversity):
28 U.S.C 2201 § et seq., 28 U.S.C § 1332, 28 U.S.C § 1391 (a)
Brief description of cause:
Complaint for Declaratory Relief pursuant to Insurance Contract

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   **DEMAND $**   CHECK YES only if demanded in complaint:
**JURY DEMAND**: ☐ Yes   X No

**VIII. RELATED CASE(S) IF ANY** N/A   (See instructions)   JUDGE _____   DOCKET NUMBER _____

DATE   February 6, 2013   SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____