UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-60285-CIV-COHN/SELTZER

NORTH POINTE CASUALTY INSURANCE
COMPANY, a Michigan corporation,

    Plaintiff,

vs.

ARTHUR L. ERB MASONRY, INC., a Florida profit
corporation, et al.,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS AND DISMISSING CASE

**THIS CAUSE** is before the Court upon Plaintiff North Pointe Casualty Insurance Company's Motion to Dismiss [DE 115] ("Motion"). The Court has carefully reviewed the Motion, the record in this case, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff North Pointe Casualty Insurance Company's Motion to Dismiss [DE 115] is **GRANTED**;

2. This matter is **DISMISSED**; and

3. The Clerk shall **CLOSE** this case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of October, 2014.

_____
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.